IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JOHN MWANGI,

   Defendant.

CRIMINAL FILE NO.
1:09-CR-107-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 58] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 17]. The Defendant's statements were voluntarily made after he was given the appropriate Miranda warnings. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 17] is DENIED.

SO ORDERED, this 5 day of February, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge