IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JOHN MWANGI,

   Defendant.

CRIMINAL FILE NO.
1:09-CR-107-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 60] of the Magistrate Judge denying the Defendant's Motions for Leave to File Motions to Dismiss [Doc. 36, 45, 50-53]. The Defendant has not shown good cause for failure to file the motions prior to the April 9, 2009 deadline. The Defendant is now on his fourth attorney. He is not excused from complying with the pretrial motions deadline because he allegedly told one of his prior attorneys to file a motion to dismiss the indictment. The record shows that his attorneys repeatedly told counsel for the government that the Defendant intended to plead guilty. The Magistrate Judge did not clearly err in denying these motions as untimely. Alternatively, the Motion to Dismiss [Doc. 36] for Violation of Speedy Trial Act is DENIED on the merits. The indictment charges separate and distinct offenses from

those contained in the initial complaint. Even if the complaint had been dismissed with prejudice, the government would have been entitled to proceed on the current indictment. See United States v. Derose, 74 F.3d 1177, 1184 (11th Cir. 1996). The Defendant's Objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 18 day of February, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge